AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| TVB HOLDINGS (USA), INC. and DISH NETWORK L.L.C., <br> *Plaintiff* <br> v. <br> GRAND STREET PHARMACEUTICAL LLC d/b/a BUY-RITE PHARMACY IV, <br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Grand Street Pharmaceutical LLC d/b/a Buy-Rite Pharmacy IV
215 Grand Street
New York, NY 10013

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Lacey H. Koonce, III
George P. Wukoson
1251 Avenue of the Americas, 21st Fl.
New York, NY 10020
T: (212) 489-8230

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*